IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARIO PIGEE,**

**Petitioner,**

**v.**

                        **Civil Case No. 13-cv-1155-DRH**
                        **Criminal Case No. 12-cr-30106-DRH**

**UNITED STATES OF AMERICA,**

**Respondent.**

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

      This matter is before the Court on petitioner Mario Pigee's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1). Pigee pled guilty to distribution of cocaine base, 21 U.S.C. § 841(a)(1) and (b)(1)(C), on July 5, 2012. On October 26, 2012, this Court sentenced Pigee to 151 months' imprisonment. Pigee did not attempt to appeal his conviction and sentence. Pigee now raises claims of ineffective assistance of counsel, arguing his trial counsel did not properly challenge his status as a career offender.

      Pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to petitioner's motion on or

before **December 12, 2013**. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 7th day of November, 2013.

David R. Herndon
2013.11.07
17:36:49
-06'00'

**Chief Judge
United States District Judge**