IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIO PIGEE,

Petitioner,

v.                                                                    Civil Case No. 13-cv-1155-DRH

UNITED STATES OF AMERICA,

Respondent.

### ORDER

**HERNDON, District Judge:**

Now before the Court is petitioner's May 5, 2016 motion for status of 2255 motion and notice of change of address (Doc. 22). Specifically, petitioner requests to know the status of his motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1). However, on January 26, 2016, the Court denied petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 20) A copy of the order was mailed to Pigee the following day. Thereafter, the mailing was returned as undeliverable because Pigee was no longer residing at the address on file (Doc. 21).

Petitioners have a continuing responsibility to keep the Clerk informed of any change in his or her address, as the Court will not independently investigate a petitioner's whereabouts. Pigee was clearly aware of said responsibility, since he advised the Clerk of a previous change of address in May 2014. Accordingly, the

Clerk is **DIRECTED** to send a copy of the order denying petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 20) to petitioner at his new address.

**IT IS SO ORDERED.**

Signed this 16th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.16 10:19:10 -05'00'

**United States District Judge**